UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

## CIVIL MINUTE ENTRY

| | |
|---|---|
| **BEFORE:** | Lee G. Dunst<br>U.S. MAGISTRATE JUDGE<br>Deputy: Jim Toritto |
| **DATE:** | September 20, 2022 |
| **TIME:** | 2:00 PM |
| **FORMAT:** | ☒ In Person   ☐ Video Conference   ☐ Telephone Conference |
| **DOCKET NUMBER(S):** | 20-CV-5139 (GRB)(LGD) |
| **NAME OF CASE(S):** | Sanders, et al., v. Excel of Utica, Inc., et al., |
| **FOR PLAINTIFF(S):** | Mohammed Gangat |
| **FOR DEFENDANT(S):** | Rina Milos |
| **NEXT CONFERENCE(S):** | |
| **FTR/COURT REPORTER:** | 3:53 – 3:58 |

**RULINGS FROM SETTLEMENT CONFERENCE:**

Case called. Case settled. The terms of the settlement were stated on the record and confirmed by all counsel and the parties (including Plaintiffs Brandan Sanders and Vitaliya Drach, and representatives of Defendants). Plaintiffs will file a motion to approve the settlement agreement pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199, 200 (2d Cir. 2015), by 10/18/22. The parties agreed to stipulate to the dismissal without prejudice of all claims by deceased Plaintiff Francisco Quinones. Plaintiffs also confirmed that the motion at DE [40] to amend/correct/supplement the complaint (DE [1]) is withdrawn.

SO ORDERED

/s/ Lee G. Dunst
LEE G. DUNST
United States Magistrate Judge